1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  XIONG VANG,                        ) Case No. CV 15-5972 JFW(JC)
                                       )
12                    Petitioner,      )
                                       )
13            v.                       ) ORDER ACCEPTING FINDINGS,
                                       ) CONCLUSIONS, AND
14  TROY LUND, et al.,                 ) RECOMMENDATIONS OF UNITED
                                       ) STATES MAGISTRATE JUDGE
15                                     )
                      Respondents      )
16  _____ )

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the "Motion to Issue

18  Order Directing Respondents to Lift a Department of Homeland Security Detainer

19  Pursuant to 18 U.S.C. §§ 1252 & 1253, Under the Authority of Title

20  28 U.S.C. §§ 1361, 2241" ("Petition"), and all of the records herein, including the

21  Report and Recommendation of United States Magistrate Judge ("Report and

22  Recommendation").  The Court approves and accepts the Report and

23  Recommendation.

24        IT IS ORDERED that the Petition and this action are dismissed without

25  prejudice.

26  ///

27  ///

28  ///

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 13, 2015

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE