UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| XIONG VANG, | ) | Case No. CV 15-5972 JFW(JC) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| | ) | |
| TROY LUND, et al., | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the "Motion to Issue Order Directing Respondents to Lift a Department of Homeland Security Detainer Pursuant to 18 U.S.C. §§ 1252 & 1253, Under the Authority of Title 28 U.S.C. §§ 1361, 2241" and this action are dismissed without prejudice.

DATED: October 13, 2015

*/s/ John F. Walter*

_____

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE